■ THOMAS HOLAHAN COMPANY, INC., Appellant, v. D. W. WINKELMAN Co., INC., Defendant and Third-Party Plaintiff-Respondent-Appellant. COUNTY OF MONROE, Third-Party Defendant-Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ. [See *ante*, p. 801.]

■ RUTH E. MALONEY, as Administratrix of the Estate of THOMAS F. MALONEY, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31319.) — Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ. [See *ante*, p. 195.]

■ In the Matter of RICHARD J. BAKER, an Attorney.— Report of Referee confirmed and order of disbarment entered. Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ LOUIS N. BLATT, Appellant, v. DONALD M. SCOTT, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ ANNA GAHAN, Appellant, v. ONEIDA NATIONAL BANK AND TRUST COMPANY OF UTICA, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ JESSE WATSON, as Administrator of the Estate of EARL J. WATSON, Deceased, Appellant, v. STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ ROBERT C. WOOD, Respondent, v. JOSEPH DUMPHREY, as Executor of MICHAEL DUMPHREY, Deceased, et al., Appellants.— Appeal dismissed, without costs, upon stipulation.

■ DUAL PARKING METER COMPANY, Respondent, v. CITY OF LACKAWANNA, Appellant.— Motion granted and appeal dismissed, without costs.

■ ANTHONY AMANTIA, Appellant, v. ENDOR A. TOSETTO et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

■ FRANK J. BASLOE, Respondent, v. SPINNERVILLE FARMS, INC., Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

■ HAROLD RISING, Respondent, v. JOSEPH J. KENDZIE et al., Appellants. — Motion granted and appeal dismissed, with $10 motion costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. TARPLEY, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS ROBINSON, JR., et al., Appellants.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS ROBINSON, JR., Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ULYSSES KEMP, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL CANNINE, Appellant.— Motion granted and appeal dismissed.